# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148888 & (11)(12)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

RONALD KENNETH FORDHAM,
    Defendant-Appellant.

SC: 148888
COA: 317522
Wayne CC: 12-005079-FC

_____/

On order of the Court, the motion to file pro se supplement is GRANTED. The application for leave to appeal the January 21, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

t0721